# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY NOLAN,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 75752

FILED

MAY 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition requesting genetic marker analysis. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeals on April 24, 25, and 30, 2018. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-19282

cc:     Hon. Stefany Miley, District Judge
        Ricky Nolan
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A